United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVIE SMITH,                                                    No. C 12-1273 WHA (PR)

        Plaintiff,                                       **ORDER OF TRANSFER**

  vs.

ROBERY AYRES, JR.; A.                                   (Docket Nos. 2, 4)
SCRIBNER; A. JORDEN; JUDGE
JOHN WADE;

        Defendants.
                              /

      This is a civil rights case brought pro se by a state prisoner. Plaintiff claims that state officials at Lancaster State Prison and a state court judge in San Bernardino, California, violated his civil rights while plaintiff was in Lancaster. Lancaster and San Bernardino are located within the venue of the United States District Court for the Central District of California. Venue for this case is therefore proper in the Central District of California. *See* 28 U.S.C. 1391. As the events giving rise to this complaint and the defendants are located within the venue of the Central District, justice this case is **TRANSFERRED** to the United States District Court for the Southern District of California. *See* 28 U.S.C. 1404(a), 1406(a).

      In light of this transfer, ruling on plaintiff's application for leave to proceed in form pauperis (docket numbers 2 and 4) is deferred to the Central District.

      The clerk shall transfer this matter forthwith.

      **IT IS SO ORDERED.**

Dated: April   19  , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\SMITH1273.TRN.wpd